No. 198. JACKSON *v.* ATLANTA GOODWILL INDUSTRIES, INC. October 9, 1933. Petition for writ of certiorari to

the Court of Appeals of Georgia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Abraham Ziegler* for petitioner. No appearance for respondent.